UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA S., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | No. CV 17-6176-FFM <br><br> JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security, is affirmed and this action is dismissed with prejudice.

DATED: January 25, 2019

                                        /S/FREDERICK F. MUMM
                                        FREDERICK F. MUMM
                                   United States Magistrate Judge